No. 68258.—Gerelite Fixture Co. and Perryman, Mojonier Co. et al. *v.* United States, protests 58/18032, etc. (Los Angeles).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of pulley fixtures similar in all material respects to those the subject of *Nord Light, Inc.* v. *United States* (49 CCPA 12, C.A.D. 786), the claim of the plaintiffs was sustained.